**NOTE CHANGES MADE BY THE COURT**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER PETTERSEN; ESTATE OF STEVEN PETTERSEN BY AND THROUGH ITS SUCCESSOR IN INTEREST CHRISTOPHER PETTERSEN,, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF LOS ANGELES; SHERIFF JOHN L. SCOTT; DEPUTY LUIS CABRERA, AND DEPUTY EDGAR QUINTANA, inclusive,, <br><br> Defendants. | Case No. 2:14-CV-4699 DSF (AGRx) <br><br> The Hon. Dale S. Fischer <br> [Magistrate Judge Alicia G. Rosenberg] <br><br> **NOTE CHANGES MADE BY THE COURT** <br><br> **ORDER RE STIPULATION FOR ENTRY OF PROTECTIVE ORDER RE CONFIDENTIAL DOCUMENTS** <br><br> [Joint Stipulation For Protective Order Re Confidential Documents] |

PURSUANT TO THE STIPULATION of the parties, and Good Cause appearing therefore, and in furtherance of the interests of justice, the Court hereby GRANTS the Protective Order stipulated to by the parties regarding Confidential Documents.

Accordingly, IT HEREBY IS ORDERED that the terms of the Joint Stipulation For Protective Order Re Confidential Documents shall take effect with the issuance of this Order.

///

///

**ORDER RE STIPULATION FOR ENTRY OF PROTECTIVE ORDER RE CONFIDENTIAL DOCUMENTS**

1   Confidential information used at trial will become public absent a separate
2   motion and sufficient cause shown.
3
4   Dated:_April 24, 2015

*Alicia G. Rosenberg*

Honorable Alicia G. Rosenberg
United States Magistrate Judge

Respectfully Submitted By:

Eugene P. Ramirez (State Bar No. 134865)
  *epr@manningllp.com*
L. Trevor Grimm (State Bar No. 186801)
  *ltg@manningllp.com*
Timothy J. Kral (State Bar No. 200919)
  *tjk@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for COUNTY OF LOS ANGELES, SHERIFF JOHN L. SCOTT, DEPUTY LUIS CABRERA, and DEPUTY EDGAR QUINTANA